## JOE BROWN V. THE STATE.

No. 10918.   Delivered October 5, 1927.

**Theft—Companion Case.**

   This is a companion case to No. 10902, U. P. Jackson v. State, this day decided.   The same questions for our determination are presented here, as in the Jackson case, and calls for like action.

Appeal from the District Court of Limestone County.   Tried below before the Hon. J. Ross Bell, Judge.

Appeal from a conviction for theft, penalty two years in the penitentiary.

The opinion states the case.

Brief for appellant is unsigned, and for that reason names of his attorneys cannot be published.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for theft of property of more than fifty dollars in value, punishment being assessed at two years in the penitentiary.

This is a companion case to No. 10902, U. P. Jackson v. State, this day decided.   The exact point is raised in this case upon which Jackson's case was disposed of and calls for like action.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*